UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

FR. MEYER'S SOHN CANADA INC.,

                                Plaintiff,

-against-

RESOURCE REUTILIZATION LLC and
KEJRIWAL PAPER USA, LTD.,

                              Defendants.

------------------------------------- x

ORDER

20 Civ. 9814 (GBD)

GEORGE B. DANIELS, District Judge:

      The initial conference scheduled to occur on April 6, 2021 is hereby adjourned to May 25, 2021 at 9:30 a.m.

Dated: April 1, 2021
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE