UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

FR. MEYER'S SOHN CANADA INC.,

                      Plaintiff,

     -against-

RESOURCE REUTILIZATION LLC and
KEJRIWAL PAPER USA, LTD.,

                      Defendants.

------------------------------------x

ORDER

20 Civ. 9814 (GBD)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 13 2021

GEORGE B. DANIELS, United States District Judge:

This action having been commenced by the filing of a Summons and Complaint on November 20, 2020, and a copy of the Summons and Complaint having been served on Defendants Resource Reutilization LLC and Kejriwal Paper USA, Ltd. on December 8, 2020 through Nancy Dougherty, an authorized agent of Defendants, and proof of service having been filed on December 30, 2020, and Defendants having failed to answer, appear, or otherwise move with respect to the Complaint, and the time for appearing, answering, or moving having expired, it is hereby:

ORDERED, ADJUDGED, AND DECREED that Plaintiff Fr. Meyer's Sohn Canada Inc. have judgment against Defendants.

This matter is referred to Magistrate Judge Barbara C. Moses for an inquest on damages, prejudgment interest, costs and attorneys' fees.

Dated: New York, New York
       May 13, 2021

SO ORDERED.

*George B. Daniels*

GEORGE B. DANIELS
United States District Judge