UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

FR. MEYER'S SOHN CANADA INC.,

               Plaintiff,

    -against-                        ORDER

RESOURCE REUTILIZATION LLC and      20 Civ. 9814 (GBD) (BCM)
KEJRIWAL PAPER USA, LTD.,

               Defendants.

------------------------------------- x

GEORGE B. DANIELS, District Judge:

The May 25, 2021 initial conference is hereby cancelled, in light of this Court's referral to Magistrate Judge Moses for an Inquest After Default/Damages Hearing.

Dated: May 18, 2021
       New York, New York

                                          SO ORDERED.

                                          GEORGE B. DANIELS
                                          UNITED STATES DISTRICT JUDGE